# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| CSX Transportation, Inc. | ) | |
| 500 Water Street | ) | |
| Jacksonville, Florida, | ) | |
| | ) | **ORDER FOR ADMISSION PRO HAC** |
| Plaintiff, | ) | **VICE OF CHAD D. MOUNTAIN** |
| | ) | |
| vs. | ) | |
| | ) | |
| Superior Grains, Inc., | ) | |
| 11225 108th Street, NW | ) | |
| Crosby, ND 58730 | ) | Case No. 4:07-cv-034 |
| | ) | |
| Defendant. | ) | |

Before the court is the Plaintiff's Motion for Attorney Chad D. Mountain to Appear Pro Hac Vice on its behalf. In accordance with Local Rule 79.1(D), Mr. Mountain has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Mr. Mountain has also paid the required admission fee to the office of the clerk. Accordingly, the Plaintiff's motion (Docket No. 3) is **GRANTED**. Mr. Mountain is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 18th day of April, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge