# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| CSX Transportation, Inc.<br>500 Water Street<br>Jacksonville, Florida | )<br>)<br>) | |
| | ) | **ORDER GRANTING MOTION TO** |
| Plaintiff, | ) | **APPEAR PRO HAC VICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Superior Grain LLC<br>11225 108th Street, NW<br>Crosby, ND 58730 | )<br>)<br>) | Case No. 4:07-cv-034 |
| | ) | |
| Defendant. | ) | |

_____

Before the court is the Plaintiff's Motion for attorney Paul D. Keenan to Appear Pro Hac Vice on its behalf. In accordance with Local Rule 79.1(D), Mr. Keenan has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Mr. Keenan has also paid the required admission fee to the office of the clerk. Accordingly, the Plaintiff's motion (Docket No. 6) is **GRANTED.** Mr. Keenan is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 26th day of April, 2007.

/s/ Charles S. Miller, J.
Charles S. Miller, Jr. United
States Magistrate Judge