# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| CSX Transportation, Inc. | ) | |
| 500 Water Street | ) | |
| Jacksonville, Florida | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Superior Grain LLC | ) | Case No. 4:07-cv-034 |
| 11225 108th Street, NW | ) | |
| Crosby, ND 58730 | ) | |
| | ) | |
| Defendant. | ) | |

_____

On May 2, 2007, the parties filed a Stipulation to Extend Answer Due Date. The court **ADOPTS** the parties stipulation (Docket No. 10) and **ORDERS** that the Defendant has until June 3, 2007, to file an answer or otherwise respond to the Plaintiff's complaint.

Dated this 3rd day of May, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge