# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| CSX Transportation, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| ) | Case No. 4:07-cv-034 |
| Superior Grains, Inc. ) | |
| ) | |
| Defendants. ) | |

Before the Court is "Stipulation of Judgment" filed on April 8, 2008.  The Court **ADOPTS** the stipulation in its entirety (Docket No. 34) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 9th day of April, 2008.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court