**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| CSX Transportation, Inc., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Superior Grains, Inc. )<br>)<br>Defendants. ) | **AMENDED ORDER**<br><br>Case No. 4:07-cv-034 |

The Court's previous order of April 9, 2008 (Docket No. 36) is amended as follows: The Court **ADOPTS** the stipulation in its entirety (Docket No. 34) and directs the Clerk of Court to enter judgment in favor of the plaintiff and against the defendant in the amount of $176,332.00.

**IT IS SO ORDERED.**

Dated this 9th day of April, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court