# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| CSX Transportation, Inc. | ) | |
| 500 Water Street | ) | |
| Jacksonville, Florida | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| Plaintiff, | ) | **APPEAR PRO HAC VICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Superior Grain LLC | ) | Case No. 4:07-cv-034 |
| 11225 108th Street, NW | ) | |
| Crosby, ND 58730 | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the Plaintiff's Motion for attorney David F. Watkins, Jr. to Appear Pro Hac Vice on its behalf. In accordance with Local Rule 79.1(D), Mr. Watkins has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Mr. Watkins has also paid the required admission fee to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 39) is **GRANTED.** David F. Watkins, Jr. is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 7th day of August, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court