**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| CSX Transportation, Inc. | ) | |
| 500 Water Street, | ) | |
| Jacksonville, Florida, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **APPEAR PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Superior Grains, Inc., | ) | |
| 11225 108th Street, NW | ) | |
| Crosby, ND 58730 | ) | Case No. 4:07-cv-034 |
| | ) | |
| Defendant. | ) | |

Before the court is the Plaintiff's motion for attorney Jeffrey D. Cohen to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), Mr. Cohen has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the clerk. Accordingly, the Plaintiff's motion (Docket No. 42) is **GRANTED**. Attorney Jeffrey D. Cohen is admitted to practice before this court in this matter on the Plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 21st day of August, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge