**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| CSX Transportation, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Superior Grains, Inc., | ) | Case No.  4:07-cv-034 |
| | ) | |
| Defendant. | ) | |

_____

The parties have consented to an extension of time for Plaintiff to file a response to Motion to Quash Subpoena for Production Documents by Long Creek Seed Cleaning, LLC, et.  al. Accordingly, Plaintiff is **GRANTED a** fourteen (14) day extension of time to file a response **t**o the Motion to Quash Subpoena for Production Documents.  Plaintiff's response is due on February 16, 2009.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2009,

/s/  Charles S.  Miller, Jr.
Charles S.  Miller, Jr.
United States Magistrate Judge